```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/2020
```

EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Law Offices of William A. Roche, P.C.
*Attorneys for Defendant*
183 Broadway, Suite 218
Hicksville, NY 11801
Tel: 516-308-1739
    WILLIAM A. ROCHE, ESQ.
    ASSAD A. BHATTI, ESQ.

APPLICATION GRANTED
SO ORDERED

_____
RONNIE ABRAMS, U.S.D.J.
3/2/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBRA WILES, individually and on behalf of all persons similarly situated,

    Plaintiffs,

-against-

THE LOGAN STAFFING SOLUTIONS INC., and/or any other related entities,

    Defendant.

Civil Action No.
18-cv-9953

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

    IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff Debra Wiles ("Plaintiff"), and Defendants, The Logan Staffing Solutions, Inc. and Logan Olumese ("Defendants"), that all of Plaintiff's claims in the Complaint in the above-captioned action are dismissed, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. The Parties further agree that the Court will retain jurisdiction of this matter for the sole purpose of enforcing the Settlement Agreement. Each Party shall bear his/her/its own costs and attorneys' fees.

Dated: February 21, 2020

**Virginia & Ambinder, LLP**
*Attorneys for Plaintiff*

By: _____
    LaDonna Lusher, Esq.

40 Broad Street, 7th Floor
New York, NY 10004
Telephone: 212-943-9080

**The Law Offices of William A. Roche, P.C.**
*Attorneys for Defendants*

By: _____
    William A. Roche, Esq.

183 Broadway, Suite 218
Hicksville, NY 11801
Telephone: 516-308-1739

8